IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIM MEEKER, ) | |
| On behalf of himself and a class of all ) | |
| individuals similarly situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 09-607-GPM |
| v. ) | |
| ) | |
| APPLE, INC., and ) | |
| AT&T MOBILITY, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case. The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**IT IS SO ORDERED.**

**DATED: September 10, 2009.**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **U. S. MAGISTRATE JUDGE**

**Case is referred to Magistrate Judge Philip M. Frazier for pretrial no dispositive motions.**