IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIM MEEKER, on behalf of himself and and a Class of all individuals similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   No. 3:09-CV-00607-GPM-PMF<br>) |
| APPLE INC. and AT&T MOBILITY LLC, | )<br>)<br>) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME**

COME NOW Defendants Apple Inc. and AT&T Mobility, LLC and, with Plaintiff's consent, respectfully move for additional time to respond to the Complaint until twenty (20) days after this Court rules on Defendant Apple Inc.'s Motion to Stay Proceedings or after the stay expires, whichever is later, specifically reserving all defenses, objections, exceptions, and motions, including but not limited to lack of service, improper service, lack of capacity to be sued, lack of personal jurisdiction, and the arbitrability of claims.

Dated: October 13, 2009

                                                Respectfully submitted,

                                                BRYAN CAVE LLP

                                        By:   /s/ Ellen E. Bonacorsi
                                             John Michael Clear
                                             Ellen Bonacorsi
                                             One Metropolitan Square
                                             211 North Broadway
                                             St. Louis, Missouri 63102
                                             Tel: (314) 259-2000
                                             Fax: (314) 259-2020

                                             Attorneys for Defendant Apple Inc.

THOMPSON COBURN LLP

By: /s/ Robert J. Wagner
    Roman P. Wuller
    Robert J. Wagner
    One US Bank Plaza
    St. Louis, MO 63101
    Tel: (314) 552-6000
    Fax: (314) 552-7000

    Attorneys for Defendant AT&T
    Mobility, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2009, I electronically filed the foregoing Consent Motion for Extension of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Joel J. Schwartz, Esq.
>ROSENBLUM, SCHWARTZ, ROGERS, GLASS, P.C.
>120 S. Central Avenue, Suite 130
>Clayton, Missouri  63105
>jschwartz@rsrglaw.com
>
>Anthony M. Pezzani, Esq
>Timothy A. Engelmeyer
>ENGELMEYER & PEZZANI, LLC
>132 North Outer Forty Road
>Suite 300
>Chesterfield, Missouri  63017
>tony@epfirm.com
>tim@epfirm.com

    /s/ Ellen E. Bonacorsi